# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 15-1053V
### Filed: December 21, 2015
Unpublished

* * * * * * * * * * * * * * * * * * * * * * * * * *

SHIELA SEGER,              *

                              *

            Petitioner,     *       Ruling on Entitlement; Concession;

                              *       Influenza ("flu") Vaccine; Shoulder Injury

                              *       Related to Vaccine Administration

SECRETARY OF HEALTH     *       ("SIRVA"); Special Processing Unit

AND HUMAN SERVICES,      *       ("SPU")

                              *

            Respondent.    *

                              *

* * * * * * * * * * * * * * * * * * * * * * * * * *

*Paul Brazil, Muller Brazil, LLP, Dresher, PA, for petitioner.*
*Ann Martin, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On September 21, 2015, Shiela Seger ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act" or "Program"). Petitioner alleges that she received an influenza ("flu") vaccine on October 27, 2014, and thereafter suffered injuries to her left shoulder, which were caused in fact by the flu vaccine. Petition at 1-3. The case was assigned to the Special Processing Unit ("SPU") of the Office of Special Masters.

On December 21, 2015, respondent filed a Rule 4(c) Report in which she conceded entitlement to compensation. Respondent's Rule 4(c) Report at 1, 4. Specifically, respondent concluded that the preponderance of evidence establishes that the injury to petitioner's left shoulder was caused-in-fact by the administration of the October 27, 2014, flu vaccine, and that petitioner's injury is not due to factors unrelated

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

to the administration of that vaccine.  *Id.* at 3.  Additionally, respondent stated that the medical evidence reflects that petitioner has suffered the condition for more than six months.  *Id.* at 3-4.  In light of the foregoing, respondent has concluded that petitioner's left shoulder injury is compensable under the Act as a "caused-in-fact" shoulder injury related to vaccine administration ("SIRVA").  *Id.* at 5.  The scope of damages to be awarded is limited to petitioner's left shoulder injury only.  *Id.*

**In view of respondent's concession and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master